**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MEDIATION

Cause number:   01-17-00640-CV

Style:          Stephanie  Johnson v. Barry Hardy and Shaun Hardy

This case was submitted to the Court on April 19, 2018. The following day, the Court ordered, with the parties' agreement, that this appeal be referred to mediation and that a mediation report be filed with the Court no later than May 14.

Mediation began on May 3, was recessed to May 29, and then was rescheduled by Barry Hardy to July 9, which is eight weeks after the previously ordered reporting deadline.

This appeal concerns the conservatorship of a child. The Court and the parties must be cognizant of the best interest of a child that is the subject of a court proceeding. Delay is not in the child's best interest.

Accordingly, the parties are ORDERED to hold mediation on or before July 9. Mediation may not be rescheduled or continued beyond July 9 without obtaining leave of court.

It is so ordered.

Judge's signature: /s/ Harvey Brown
                   ☒ Acting individually      ☐ Acting for the Court

Date:       June 12, 2018